

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 2 7 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

**OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS** FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

8/26/2015                                                    **COA No. 12-14-00112-CR**
**RUSHING, CALVIN LOUISE     Tr. Ct. No. 2012-0431**              **PD-0430-15**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
                                                         Abel Acosta, Clerk

                    12TH COURT OF APPEALS  CLERK
                    CATHY LUSK
                    1517 W. FRONT, ROOM 354
                    TYLER, TX  75701
                    * DELIVERED VIA E-MAIL *